# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 2:21-CV-932-SPC-NPM

Plaintiff:
**ELOISE PIERRE-GILLES, an individual,,**

vs.

Defendant:
**BEST CARE COMMUNITY AND FAMILY HEALTH CENTER, INC., a Florida corporation,**

CPA2022000581

For:
Benjamin H. Yormak, Esquire
Yormak Employment & Disability Law Group
27200 Riverview Center Blvd
Suite 109
Bonita Springs, FL 34134

Received by ATTORNEYS SUBPOENA SERVICE, INC. on the 24th day of January, 2022 at 2:12 pm to be served on **BEST CARE COMMUNITY AND FAMILY HEALTH CENTER, INC., C/O DR. EMLYN LOUIS, REGISTERED AGENT, 3049 CLEVELAND AVENUE, UNIT 100, FORT MYERS, Lee County, FL 33901**.

I, Valerie Joiner, do hereby affirm that on the **31st day of January, 2022** at **4:08 pm, I:**

Served the within named **REGISTERED AGENT** by delivering a true copy of the **Summons; Amended Complaint, Exhibit 1** with the date and hour of service endorsed thereon by me, to **NICHOLAS PERSONS, OFFICE MANAGER FOR DR. EMLYN LOUIS** as **REGISTERED AGENT** of the within named **DEFENDANT ENTITY** at their address of: **3049 CLEVELAND AVENUE, UNIT 100, FORT MYERS, Lee County, FL 33901,** in compliance with State Statutes and informing said person of the contents thereof.

**Additional Information pertaining to this Service:**
1/28/2022  4:24 pm  Attempted service at 3049 CLEVELAND AVENUE, UNIT 100, FORT MYERS, FL 33907,
The correct suite number is 110, not 100. The correct ZIP Code is 33901 not 33907.
I was advised by Nick at the front desk that the registered agent, he's a doctor, only comes in a few hours once or twice a week, Possibly Tuesday and Friday of next week.Left my card for the doctor to call.

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, appointed by the Chief Judge, in good standing, in the Twentieth Judicial Circuit of Florida, in which the process was served. Signed in the State of **FLORIDA**. **"Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true." F.S. 92.525.** Notary not required.

_____
**Valerie Joiner**
CPS#157192

**ATTORNEYS SUBPOENA SERVICE, INC.**
**2211 Widman Way**
**Suite 210**
**Fort Myers, FL 33901**
**(239) 337-3783**

Our Job Serial Number: CPA-2022000581

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2b