UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| ELOISE PIERRE-GILLES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BEST CARE COMMUNITY AND FAMILY HEALTH CENTER, INC., a Florida corporation,<br><br>Defendant. | CIVIL ACTION<br><br>Case No. 2:21-cv-932<br><br>Judge: Sheri Polster Chappell<br><br>Mag. Judge: Nicholas P. Mizell |

## DEFENDANT'S ANSWER AND DEFENSE TO THE COMPLAINT

**NOW COMES** the defendant, **Best Care Community and Family Health Center, Inc ("BEST CARE"** or defendant), by and through its authorized representative respond to the plaintiff allegations in the complaint.

Best Care Community and Family Health Center, Inc is a Florida corporation providing quality medical services to underserved communities in the State of Florida. The plaintiff was employed by the company for approximately six months until she abandoned her position. For the past two years due to the pandemic, many offices were forced to lay -off most of their employees, many have closed their doors permanently, and employees of every group have been affected. Best Care has done everything possible to keep his employees despite hardship and disruption caused by the pandemic by only reducing employees' hours according to the need of the company instead of laying them off.

Rule 11 of the Federal Rules of civil procedure require that an attorney perform a due diligence investigation concerning the factual basis of any claim before filing a lawsuit. The allegations in this case are false and can clearly be considered frivolous. The plaintiff has no direct nor anecdotal evidence that can prove in any court of law that she has been discriminated against because of her pregnancy.

1

**Answering the claims for Relief**

1. Answer to Paragraph 1: Defendant denies the allegations in paragraph 1

The plaintiff abandoned her position after she was notified that she will be on an as needed basis.

2. Defendant admits to allegations in paragraph 2

3. Defendant admits to allegations in paragraph 3

4. Defendant denies allegations in paragraph 4

During the plaintiff's employment, the defendant employs less than 15 employees (see documents labeled as exhibit 1).

5. Defendant admits to allegations in paragraph 5

6. Defendant admits to allegations in paragraph 6

7. Defendant admits to allegations in paragraph 7

8. Defendant admits to allegations in paragraph 8

9. Defendant admits to allegations in paragraph 9

10. Defendant denies allegations in paragraph 10 (see documents labeled as exhibit 2).

11. Defendant denies allegations in paragraph 11

The plaintiff never received any performance evaluation.

12. Defendant denies allegations in paragraph 12 (see email in document labeled as exhibit 1).

2

13. Defendant denies allegations on paragraph 13. The plaintiff's absence was unexcused (see document labeled as exhibit 3).

14. Defendant denies allegations on paragraph 14.

False allegation. The plaintiff was told that she is on as needed basis, and a few days later she returned to work to get all her belongings stating that she will not return. (See Document labeled as exhibit 4).

15. Defendant Denies allegations in paragraph 15

16. Defendant Denies allegations in paragraph 16

17. Defendant denies allegations in paragraph 17

18. Defendant denies allegations in paragraph 18

19. Defendant denies allegations in paragraph 19

20. Defendant denies allegations in paragraph 20

21. Defendant denies allegations in paragraph 21

22. Defendant denies allegations in paragraph 22

23. Defendant denies allegations in paragraph 23

24. Defendant denies allegations in paragraph 24

25. Defendant denies allegations in paragraph 25

26. Defendant denies allegations in paragraph 26

27. Defendant denies allegations in paragraph 27

The plaintiff has not exhausted her administrative remedies.

3

28. Defendant denies allegations in paragraph 28

29. Defendant denies allegations in paragraph 29

30. Defendant denies allegations in paragraph 30

31. Defendant denies allegations in paragraph 31

32. Defendant denies allegations in paragraph 32

33. Defendant denies allegations in paragraph 33

34. Defendant denies allegations in paragraph 34

**Conclusion**

The allegations in this case are false. Such claims waste the court's and the defendant's time and resources. It's the duty of the court to invoke the protection of law to all who seek in good faith, and to impose sanctions to those who file frivolous claims. EEOC has not notified the defendant of the plaintiff complaint for the simple reason that no evidence of any form was submitted to the EEOC. The law does not allow any employee to abandon their position while pregnant then make false claims alleging that their civil rights have been violated and they were terminated because of their pregnancy. The defendant is asking the court to dismiss this case with prejudice because:

The pregnancy Discrimination act only applies to employers that employ in excess of 15 employees.

The plaintiff has no evidence that can prove that her civil rights have been violated.

4

Respectfully submitted,

Dated February 21, 2022

Emlyn Louis, MD

Authorized representative for Best Care Community and Family Health Center, INC

2718 Lee Blvd. Suite B

Lehigh Acres, FL 33971

Telephone: (239)-332-0407

Fax: (239) 332-0404

Email:Lsmdcl@aol.com
Mgmt@bestcarecommunityfhc.com

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on February 21, 2022, via email to: Attorney for plaintiff, and file in person with the Clerk of Court.

Emlyn Louis, MD

Authorized Representative for Best Care Community and Family Health Center, Inc