FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2022 MAR 30  AM 8: 48

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **ELOISE PIERRE-GILLES**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**BEST CARE COMMUNITY AND FAMILY HEALTH CENTER, INC.**, a Florida corporation,<br><br>Defendant. | CIVIL ACTION<br><br>Case No. 2:21-cv-932<br><br>Judge: Sheri Polster Chappell<br><br>Mag. Judge: Nicholas P. Mizell |

### Request For extension

The Defendant Best Care Community And family Health Center, INC, by and through its authorized representative is asking the court for a 30 days extension to continue its search for counsel and to seek a quick resolution with the plaintiff counsel to resolve this case. The Defendant has followed the court order by contacting the plaintiff counsel, but we have been informed that Mr. Benjamin is in Costa Rica, we should contact him via email. We sent him an email, but he has not responded. (See attach document labeled as exhibit 1)

Respectfully submitted

Dated March 30th, 2022

Emlyn Louis, MD

Authorized representative for best care Community And Family Health center, INC

2718 Lee Blvd suite B

Lehigh Acres, FL 33971

Telephone: 239-332-0407

Fax: 239332-0404

Email: Lsmdcl@aol.com

CERTIFICATION OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on March 30th, 2022 via email to Attorney for plaintiff, and file in person with the clerk of court



Emlyn Louis, MD

Authorized Representative for Best Care Community and family health Center, Inc