UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: 2:21-cv-00932-SPC-NPM

ELOISE PIERRE-GILLES,
an individual,

       Plaintiff,

vs.

BEST CARE COMMUNITY AND
FAMILY HEALTH CENTER, INC.,
a Florida corporation,

       Defendant.
_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

The Parties, pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., hereby stipulate to the voluntary dismissal of this action with prejudice, with each party to bear their own attorney's fees, litigation expenses and costs, except as agreed to by the Parties in the settlement agreement. Pursuant to Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012), this stipulation for dismissal is self-executing.

Dated this 11th day of January, 2023.

Respectfully submitted,

| /s/Benjamin H. Yormak, Esq.<br>Benjamin H. Yormak, Esq.<br>Yormak Employment & Disability Law<br>27200 Riverview Center Blvd., Suite 109<br>Bonita Springs, Florida 34134<br>Telephone: (239) 985-9691<br>Facsimile: (239) 288-2534<br>Email: byormak@yormaklaw.com<br>Florida Bar No.: 71272<br>Counsel for Plaintiff | /s/Todd W. Shulby, Esq.<br>Todd W. Shulby, Esq.<br>Todd W. Shulby, P.A.<br>1792 Bell Tower Lane<br>Weston, Florida 33326<br>Telephone: (954) 530-2236<br>Facsimile: (954) 530-6628<br>E-mail: tshulby@shulbylaw.com<br>Florida Bar No.: 068365<br>Counsel for Defendant |
|---|---|

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 11, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Benjamin H. Yormak, Esq.

I HEREBY CERTIFY that on January 11, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and will mail a copy of the foregoing and notice of electronic filing to the following non-CM/ECF participants: None.

By:   /s/Todd W. Shulby, Esq.
        For Todd W. Shulby, P.A.